UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICAMP SOLUTIONS, LLC,

Plaintiff(s),

v.

VISA, INC. et al.,

Defendant(s).

Case No. 4:23-cv-06351-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Matthew D. Luciani, an active member in good standing of the bar of Alabama, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff MiCamp Solutions, LLC in the above-entitled action. My local co-counsel in this case is James C. Huber, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 269488.

| | |
|---|---|
| 322 Encinitas Boulevard #200<br>Encinitas, CA 92024 | 322 Encinitas Boulevard #200<br>Encinitas, CA 92024 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (888) 846-8901 | (888) 846-8901 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mluciani@attorneygl.com | jhuber@attorneygl.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1278A63P.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2024                                                       Matthew D. Luciani

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Matthew D. Luciani  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/7/2024

_____
UNITED STATES DISTRICT JUDGE

**GLOBAL LEGAL LAW FIRM**
James C. Huber (SBN 269488)
Joshua J. Herndon (SBN 244106)
Matthew D. Luciani (*pro hac vice forthcoming*)
jhuber@attorneygl.com
jherndon@attorneygl.com
mluciani@attorneygl.com
322 Encinitas Blvd., Suite 200
Encinitas, CA 92024
Telephone:  (888) 846-8901
Facsimile:  (888) 846-8902

Attorneys for Plaintiff MiCamp Solutions, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICAMP SOLUTIONS, LLC,<br><br>    Plaintiff,<br>    vs.<br><br>VISA, INC. et al.,<br><br>    Defendants. | Case No: 4:23-cv-06351-HSG<br><br>Judge:   Haywood S. Gilliam, Jr.<br><br>**DECLARATION OF MATTHEW D. LUCIANI IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE* UNDER LR 11-3** |

I, Matthew Daniel Luciani, am an attorney at Global Legal Law Firm, the attorneys of record for Plaintiff MiCamp Solutions, LLC ("MiCamp") in the above-captioned matter. If asked to testify, I can, and do, declare as follows:

1. I am an attorney at law, duly admitted to appear before all Courts of the State of Alabama and United States Tax Court. I submit this declaration in support of the concurrently filed Motion to Appear *Pro Hac Vice* under Local Rule 11-3.

2. Although I moved to California in November 2022, and established residency in December 2022, I have registered with and completed all required applications for admission to the State Bar of California upon establishing residency, and I am awaiting the results from the February 2024 California State Bar Examination.

3. Specifically, I submitted my Moral Character Application to the

1
DECLARATION OF MATTHEW D. LUCIANI – 23-cv-06351-HSG

California Committee of Bar Examiners (the "Committee") and received a determination of fitness on or about June 14, 2023. Attached hereto as **Exhibit A** is the email I received from the Committee on June 14, 2023.

4. I registered for and recently sat for the February 2024 California Bar Examination. Attached hereto as **Exhibit B** is a true and correct copy of my Declaration from my February 2024 California Bar Examination Application.

5. I am in good standing and eligible to practice law in the Supreme Court of Alabama and the United States Tax Court. I am also currently admitted *pro hac vice* to practice in the United States District Court for the District of Hawaii. Attached hereto as **Exhibit C** are copies of my Certificate of Good Standing and my Occupational License that I requested from the State of Alabama. Attached hereto as **Exhibit D** are my United States Tax Court Admission certificates. The first of which is an electronic copy I received on June 30, 2023, via email from the Admissions Clerk, indicating my Alabama license. The second is a scanned copy of a reissued license I received via postal mail in August 2023, after the United States Tax Court confirmed my California residency.

6. I am not currently involved in any disciplinary proceedings before any state bar, federal bar, or any equivalent, I have not in the past 10 years been suspended, disbarred, or otherwise subject to any other disciplinary proceeding before any state bar, federal bar, or its equivalent, I have not been denied *pro hac vice* by any court or agency in the past 10 years, and to my knowledge, I have not been the subject of a criminal investigation or any criminal convictions in any court in the past 10 years.

7. I designate James C. Huber, who is a member in good standing of the bar of the United States District Court for the Northern District of California and maintains an office in the State of California, with the address, telephone numbers, and e-mail address noted below:

8. I request full participation to use the CM/ECF to file documents electronically/receive e-mail notifications. Furthermore, I am requesting a waiver

of any required CM/ECF training. I am a registered user of CM/ECF in the United States District Court for the District of Hawaii.

I declare under perjury that the foregoing is true and correct.

Dated: March 7, 2024    By: _____
                            Matthew D. Luciani

Dated: March 7, 2024    By: _____
                            James C. Huber

**CERTIFICATE OF SERVICE**

I, JAMES C. HUBER, hereby certify that on March 7, 2024, I caused to be electronically filed **DECLARATION OF MATTHEW D. LUCIANI IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE UNDER LR 11-3; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated:  March 7, 2024                                   GLOBAL LEGAL LAW FIRM

                                                        By:    */s/ James C. Huber*
                                                               James C. Huber
                                                               Joshua J. Herndon
                                                               Matthew D. Luciani *(pro hac vice forthcoming)*
                                                               Attorneys for Plaintiff
                                                               MICAMP SOLUTIONS, LLC

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

# EXHIBIT A

| | |
|---|---|
| **From:** | Moral Character |
| **To:** | Matthew Luciani |
| **Subject:** | Moral Character Application: Status Update [ ref:_00Dt0TZax._500t0131YkE:ref ] |
| **Date:** | Wednesday, June 14, 2023 4:53:18 PM |



File #: 675783
Case #: 00847316

**Determination Date: 6/14/2023 4:51 PM**
**Determination Expires: 6/14/2026**

Dear Matthew Daniel Luciani,

The processing of your Application for Determination of Moral Character has been completed. Thank you for your recent update about your Alabama Bar admission date.

The State Bar of California is pleased to advise that you have received a positive moral character determination for certification to practice law in California. This positive determination will remain valid until the expiration date specified above.

If you have met all requirements for admission to practice law in California, your eligibility will be certified to the Supreme Court of California, and admission materials will be sent to you within three to four weeks. If you do not meet all admission requirements before your determination expires, you will be required to submit an Application for Extension of Determination of Moral Character prior to the expiration of your positive moral character determination.

If you are still seeking admission and your determination expires, you must submit a new Application for Determination of Moral Character in the Applicant Portal, pay the associated fee, and submit new fingerprints pursuant to rule 4.43(C) of the Rules of the State Bar.

As a courtesy reminder, you have a continuing duty to notify the Office of Admissions, within thirty days, when information provided in the application has changed or there is new information until you are admitted to practice law in California.

Sincerely,

Office of Admissions

ref:_00Dt0TZax._500t0131YkE:ref

# EXHIBIT B

**CERTIFICATION**

I hereby certify that I have read and understand that I must comply with all requirements of the [Admissions Rules](#) (Admission Rules) and I agree to the Committee of Bar Examiners' application policies, including the Refund of Fees/Withdrawal policy, instructions for application to take the California Bar Examination, and the Examination Administration Instructions.

**DECLARATION**

The person named as the applicant in the foregoing application and questionnaire declares:

I have carefully read the Application Instructions to take the February 2024 California Bar Examination and have answered the questions in this application to take the February 2024 California Bar Examination truthfully, fully, and completely, without mental reservations of any kind.

I hereby authorize educational or other institutions or agencies to release to the Committee of Bar Examiners (Committee) any information, files, transcripts, or records requested by the Committee in connection with the processing of this application.

I further authorize the Committee to release information regarding my application to take the bar examination and my bar examination pass/fail status to the law school to which I have been or will be allocated for the purposes of qualifying to take the California Bar Examination.

I hereby certify that I understand that I must comply with all the requirements of Title 4, Division 1 of the Rules of the State Bar of California (Admissions Rules) and that the fact that I applied to take this examination may be shared with other bar admission authorities.

I agree to comply with the Committee's application, examination and grading rules and policies, including the Refund of Fees/Withdrawal policy, the examination administration instructions and policies and reconsideration of grades policy.

I declare under penalty of perjury under the laws of the State of California that my answers to the foregoing questionnaire and all statements by me herein are true and correct.

I understand that if I am absent for any portion of the examination, I will be considered as having not taken the examination; that my written answers will not be graded; and that, if I intend to take a future administration of the examination, I will be subject to the same application filing deadlines applicable to first time applicants rather than the deadlines applicable to immediate repeaters.

I also understand that applicants must make a good faith attempt to complete each session of the examination for which they are present and that any attempt by an applicant to circumvent exam security procedures may lead to voiding the applicant's attendance at a session and the applicant being prohibited from attending any remaining examination session. Such conduct may also result in the issuance and affirmance of a notice of violation pursuant to Chapter 6 of the *Admissions Rules* and imposition of appropriate sanctions (including, but not limited to, a grade of zero for the session in which the conduct violation occurred), as well as a negative impact on the applicant's moral character determination.

I fully understand that the Committee is the sole judge of the validity of the examination and, at its discretion, may determine that the result of any test or any part of any test or any individual's score is

not valid. Should the Committee invalidate any part of the test, or if any individual's test is declared invalid or cannot be graded, the Committee may, at its discretion, decide to make a pass/fail decision based on the valid portion of the applicant's test product available to the Committee. Should the Committee at any time determine that an insufficient test product is available upon which to base a valid pass/fail decision, the Committee may require applicants to present themselves for re testing at a place and time designated by the Committee.

**Note: This application is not an application for taking the First Year Law Students' Examination and not an Application for Moral Character Determination.**

### CREDIT CARD / LIABILITY AGREEMENT

The State Bar of California is not responsible or in any way liable for any computer hardware or software malfunction which may affect the application process. You assume all responsibility and risk for the use of this system and the Internet generally. The State Bar of California expressly disclaims any warranty that use of this system, or the Internet generally will be uninterruptible or error free or that any information, software, or other material accessible from the system is free of viruses or other harmful components. The State Bar of California shall not be liable for any direct, indirect, punitive, incidental, special, or consequential damages arising out of or in any way connected with the use of this system or with the delay or inability to use it (or any linked sites), or for any information obtained through this system, or otherwise arising out of the use of this system, the Internet generally or on any other basis.

A Mastercard or Visa is required for submission of this application. If your credit card transaction is declined, your application will be deemed incomplete until you provide a valid payment. If full payment is not received within 14 days from notification by the State Bar of California, the application will be deemed abandoned. If the application final filing deadline has not passed, an applicant may submit a new application. The application must be accompanied by the appropriate payment, including any applicable late fees in effect at that time.

Please be aware when you submit your credit card or ACH payment, your personal information and identifying information will be sent to CyberSource for the purpose of processing your application submission. The State Bar of California is not responsible for the privacy practices or content of such site. For your protection you should read and understand the privacy policy at any website you visit prior to providing personal information on that website.

### February 2024 California Bar Examination

The California Bar Examination, scheduled to be administered February 27 28, 2024, will be an in person exam administration. All Committee of Bar Examiners' rules, policies, and procedures governing in person examinations will apply to this exam.

### RELEASE OF LIABILITY   LAPTOP COMPUTER PROGRAM

I acknowledge that I have received this Release of Liability   Laptop Computer and that I understand the information about the February 2024 California Bar Examination set forth herein and agree to its terms. I also agree to refrain from engaging in any and all prohibited conduct described herein, as well as any other conduct that intentionally violates the integrity and/or security of the examination and understand that my failure to do so will result in strict sanctions, including, but not limited to, a zero for

the exam session in which the prohibited conduct occurred, a zero for the entire exam, or a negative impact on my moral character determination.

I understand and acknowledge that the Committee of Bar Examiners of the State Bar of California is allowing examination applicants to use personal laptop computers with pre installed Examplify software from ExamSoft to take examinations administered by the Committee. I understand that this testing modality and use of personal laptop computers is offered by the State Bar of California to enable me to take examinations administered by the Committee, and that the State Bar does not warrant, or guarantee said Software. I agree to bear sole responsibility for the use of said Software and I hereby release the State Bar (and its Board of Trustees, officers, agents, representatives, and employees, as the same may be constituted now and from time to time hereafter), including the Committee, from all liability, claims, damages, or demands for personal injury, property damage, or any other type of damage, arising from or related in any manner to my use of a personal laptop computer or the Software during the examination. I further acknowledge that the State Bar does not warrant or guarantee the Software, nor does it accept any liability in the event there is a technical or mechanical failure or malfunction of the personal laptop computer or Internet service, any associated equipment, Software and/or associated materials during administration of an examination, the uploading of my examination answers, or in the printing of my examination answers.

I will accept the use of Examplify under the provisions of the ExamSoft click license and privacy policy at the ExamSoft website (https://examsoft.com/privacy policy) and agree to be bound by those terms and conditions. By my election to use a personal laptop computer to take an examination administered by the Committee, I understand that there is a possibility of malfunction or issue with the computer, Software, electrical system, Internet access, or such other items or incidents associated with administration of the examination, and I will not hold the Committee or the State Bar (or its Board of Trustees, officers, agents, representatives, and employees, as the same may be constituted now and from time to time hereafter) liable in the event of any such malfunction or issue. I further understand and agree that I will not receive a refund of the fees I paid to use my laptop computer, or any fees or credit card processing fees paid to register for the examination, or any other fees or costs I incurred in connection with the examination if any of these events should occur. I agree: (1) that I will exit the exam files upon the conclusion of the examination; (2) that I will not attempt to access my exam file(s) following the examination for the purpose of altering my answers or for any other reason; (3) that I will upload the exam file(s) containing the examination answers, which I completed during the examination, by the published deadline; (4) that a deduction of ten scaled points will be taken from my total written scaled score if I fail to upload my answer file(s) by the published deadline; (5) that I will receive a grade of zero for each answer not uploaded timely if I fail to upload my answer file(s) within two weeks of the published deadline; and, (6) that I cannot challenge my grades or scores received on the exam based on the testing conditions.

I declare under penalty of perjury, under all applicable laws, that the foregoing is true and correct.

Matthew Luciani               December 06, 2023                      *[signature]*

# EXHIBIT C

# Alabama State Bar



415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

***STATE OF ALABAMA***
***COUNTY OF MONTGOMERY***

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify **Matthew Daniel Luciani** has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that **Matthew Daniel Luciani** was admitted to the Alabama State Bar on June 08, 2023.

I further certify that said **Matthew Daniel Luciani** is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2024.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on March 06, 2024.

Terri B. Lovell, Secretary



# STATE OF ALABAMA
# - LICENSE -

**ATTORNEY-AT-LAW**

| LICENSE YEAR |
|---|
| 2023-2024 |

**ISSUED TO:**
Matthew Daniel Luciani
322 Encinitas Blvd Ste 200
Encinitas, CA 92024-3780

**EXPIRES:** Sep 30, 2024

**BAR ID:** 1378A63P



| LICENSE AMOUNT | PENALTY | TOTAL |
|---|---|---|
| 300.00 | 0.00 | 300.00 |

THE PERSON WHOSE NAME APPEARS ABOVE HAS PAID THE REQUIRED LICENSE FEE AND IS AUTHORIZED TO ENAGAGE IN THE PRACTICE OF LAW IN THE STATE OF ALABAMA FOR THE LICENSE PERIODS NOTED ABOVE.

ISSUING AUTHORITY

Terri B. Lovell, Secretary,
Board of Bar Commissioners, Alabama State Bar

# EXHIBIT D

# United States Tax Court

## Matthew D. Luciani
### of California

*having fulfilled the requirements of this Court, having taken the oath and being duly qualified has been admitted to practice before the United States Tax Court*

Witness my hand _____Kathleen Kerrigan_____
Chief Judge



In testimony whereof *I have hereunto set my hand and affixed the seal of the Court at the City of Washington this* __30th__ *day of* __August__ A.D. 20 __23__

_____Stephanie A. Servoss_____
Clerk of the United States Tax Court

# United States Tax Court

Matthew D. Luciani

of

Alabama

having fulfilled the requirements of this Court, having taken the oath and being duly qualified has been admitted to practice before the United States Tax Court.



Witness my hand *Kathleen Kerrigan*
Chief Judge

**In testimony whereof**, I have hereunto set my hand and affixed the seal of the Court at the City of Washington, this 30th day of June, 20 23.

*Stephanie A. Servoss*
Clerk of the United States Tax Court

Tax Court Bar No. **LM23369**

United States Tax Court ▪ 400 Second Street, NW, Washington, DC 20217 ▪ (202) 521-0700
www.ustaxcourt.gov