ANNE P. DAVIS (admitted *pro hac vice*)
anne.davis@arnoldporter.com
MATTHEW EISENSTEIN (admitted *pro hac vice*)
matthew.eisenstein@arnoldporter.com
MICHAEL A. RUBIN (admitted *pro hac vice*)
michael.rubin@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone:  (202) 942-5000
Facsimile:   (202) 942-5999

SHARON D. MAYO (Bar No. 150469)
sharon.mayo@arnoldporter.com
ANDREW S. HANNEMANN (Bar No. 322400)
andrew.hannemann@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone:  (415) 471-3100
Facsimile:   (415) 471-3400

Attorneys for Defendant VISA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAMP SOLUTIONS, LLC, an Arizona Limited Liability Company, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 4:23-cv-06351-HSG<br><br>**ORDER GRANTING STIPULATION REGARDING DEFENDANT VISA INC.'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATION**<br><br>Courtroom: 2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Action Filed: December 8, 2023 |

Pursuant to the stipulation of the parties, the Court, having considered the Administrative Motion to Exceed Page Limitation filed by Defendant Visa Inc. ("Visa"), and for good cause shown, HEREBY ORDERS THAT:

Visa's Administrative Motion to Exceed Page Limitation is GRANTED.  Visa may file a Motion to Dismiss of up to 30 pages in response to Plaintiff's First Amended Class-Action Complaint (ECF No. 24), and Plaintiff may file an Opposition to the Motion to Dismiss of up to 30 pages.

**IT IS SO ORDERED**.

Dated:  3/13/2024

*Haywood S. Gill Jr.*
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE