**GLOBAL LEGAL LAW FIRM**
James C. Huber (SBN 269488)
Joshua J. Herndon (SBN 244106)
Matthew D. Luciani (admitted *pro hac vice*)
jhuber@attorneygl.com
jherndon@attorneygl.com
mluciani@attorneygl.com
322 Encinitas Blvd., Suite 200
Encinitas, CA 92024
Telephone:  (888) 846-8901
Facsimile:  (888) 846-8902

Attorneys for Plaintiff MiCamp Solutions, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICAMP SOLUTIONS, LLC,<br><br>      Plaintiff,<br>   vs.<br><br>VISA, INC. et al.,<br><br>      Defendants. | Case No: 4:23-cv-06351-HSG<br><br>Judge:   Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF MICAMP SOLUTIONS, LLC TO RESPOND TO DEFENDANT VISA INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AND TO EXTEND TIME TO FILE REPLY (as modified)**<br><br>Action Filed: December 8, 2023 |

Pending before the Court is Plaintiff MICAMP SOLUTIONS, LLC, ("MiCamp" or "Plaintiff") and Defendant VISA, INC.'s ("Visa" or "Defendant") Joint Stipulation to Extend Time for Plaintiff MiCamp Solutions, LLC to respond to Defendant Visa Inc.'s Motion to Dismiss the Second Amended Complaint and to Extend Time to File Reply (the "Stipulation").

The Court, having considered the moving papers, the pleadings and files in this action, and all other matters properly before the Court, and for good cause appearing, hereby rules as follows:

The Stipulation is hereby **GRANTED** as follows:

1. The deadline for MiCamp to file and serve its opposition to the Motion to Dismiss shall be extended to July 1, 2025.

2. The deadline for Visa to file and serve its reply in support of the Motion to Dismiss shall

1. be extended to July 15, 2025.

3. The hearing on the Motion to Dismiss is continued to July 31, 2025 at 2 p.m.

**IT IS SO ORDERED.**

Dated: 6/11/2025

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

Global Legal Law Firm
322 Encinitas Blvd., Suite 200
Encinitas, CA 92024
(888) 846-8901

2
STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AND TO EXTEND TIME TO FILE REPLY– 23-cv-06351-HSG