UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICAMP SOLUTIONS, LLC,

    Plaintiff,

v.

VISA INC.,

    Defendant.

Case No. 23-cv-06351-HSG

**JUDGMENT**

    Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 11th day of December, 2025.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.